**LAFFEY, BUCCI & KENT LLP**
BY:    Brian D. Kent, Esquire, Attorney ID: 041892004
        M. Stewart Ryan, Esquire, Attorney ID: 019492012371
Hoes Ln #200
Piscataway, NJ 08854
Phone (215) 399-9255
Fax (215) 241-8700
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>v.<br><br>ARCHDIOCESE OF PHILADELPHIA, et al.,<br><br>            Defendants. | No. 1:21-cv-20752<br><br><br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff and counsel for Defendant Archdiocese of Philadelphia ("the Archdiocese"), that the time within which Plaintiff may reply in opposition to the Motion Of Defendant Archdiocese Of Philadelphia's Motion To Dismiss The Complaint For Lack Of Personal Jurisdiction is extended through February 18, 2022. The Archdiocese may reply in further support of their Motion within 14 days of the filing of Plaintiff's Opposition or no later than March 4, 2022.

| | |
|---|---|
| /s/ Brian D. Kent, Esq.<br>LAFFEY, BUCCI & KENT<br>Brian D. Kent, Esquire<br>M. Stewart Ryan, Esquire<br>371 Hoes Ln #200<br>Piscataway, NJ 08854<br>*Attorneys for Plaintiff* | /s/ Nicholas M. Centrella, Esq.<br>CONRAD O'BRIEN P.C.<br>Nicholas M. Centrella, Esquire<br>1500 Market Street, Centre Square<br>West Tower, Suite 3900<br>Philadelphia, PA 19102-2100<br>*Attorneys for Defendant Archdiocese of Philadelphia* |

Dated:  February 4, 2022                              Dated: February 4, 2022

# **ORDER**

Plaintiff's application is GRANTED. Plaintiff's deadline to reply to the Motion Of Defendant Archdiocese Of Philadelphia's Motion To Dismiss The Complaint For Lack Of Personal Jurisdiction is extended through February 18, 2022. The Archdiocese may reply in further support of their Motion within 14 days of the filing of Plaintiff's Opposition or no later than March 4, 2022.

_____
, J.